UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ONE 1999 MERCEDES BENZ ML 430,
SILVER IN COLOR, VEHICLE IDENTIFICATION
NUMBER 4JGAB72EXXA117035,

       Defendant.
_____/

Case No. 1:07-CV-488

Hon. Hugh W. Brenneman, Jr.

**FINAL ORDER OF FORFEITURE**
**and**
**ORDER GRANTING MOTION TO WITHDRAW**

The Court having had a show cause hearing on May 27, 2008, and claimants Tammera Lopez and Raesa DeJonge having failed to appear as directed upon penalty of default, and the Court having dismissed the claims filed by those claimants, and being advised that publication has been duly made in this matter, and that due notice was given; and the Court being otherwise fully advised in the matter, it is hereby ORDERED AND ADJUDGED:

       1.       That judgment of forfeiture is hereby entered against the One 1999 Mercedes Benz ML430, Silver in Color, Vehicle Identification Number 4JGAB72EXXA117035 pursuant to 21 U.S.C. § 881(a)(6).

       2.       That the United States Marshals Service is hereby directed to dispose of the property according to applicable law and regulations.

1

IT IS FURTHER ORDERED that the motion of claimants' counsel to withdraw as attorney for claimants, being unopposed, is GRANTED.

Dated:  June 3, 2008 /s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge